# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1329          **Short Title:** Cmty. Econ. Development Center of Southeast MA, et al. v. Bessent, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Community Economic Development Center of Southeastern Massachusetts (cont. on add'l page)  as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____     April 10, 2026_____
Signature                                          Date

Leo L. Lam_____
Name

Keker, Van Nest & Peters LLP_____     415-391-5400_____
Firm Name (if applicable)                       Telephone Number

633 Battery Street_____     415-397-7188_____
Address                                            Fax Number

San Francisco, CA  94111_____     llam@keker.com_____
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1223174_____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

No. 26-1329

## United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE
## Attachment

**<u>Additional Parties.</u>**

National Parents Union
National Korean American Service & Education Consortium
UndocuBlack Network Inc.

6117467