# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1329          **Short Title:** Cmty. Econ. Development Center of Southeast MA, et al. v. Bessent, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Community Economic Development Center of Southeastern Massachusetts (cont. on add'l page)  as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          April 10, 2026_____
Signature                                                Date

Sarah Salomon_____
Name

Keker, Van Nest & Peters LLP_____          415-391-5400_____
Firm Name (if applicable)                            Telephone Number

633 Battery Street_____          415-397-7188_____
Address                                                    Fax Number

San Francisco, CA  94111_____          ssalomon@keker.com_____
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1205847_____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

No. 26-1329

## United States Court of Appeals
### For the First Circuit

_____

### NOTICE OF APPEARANCE
### Attachment

**Additional Parties.**

National Parents Union
National Korean American Service & Education Consortium
UndocuBlack Network Inc.

6117467