No. 26-1329

# In the United States Court of Appeals for the First Circuit

---

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS; NATIONAL PARENTS UNION; NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM; UNDOCUBLACK NETWORK, INC.,

*Plaintiffs-Appellees,*

v.

SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, Commissioner of the Social Security Administration; SOCIAL SECURITY ADMINISTRATION; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 1:25-cv-12822-IT
Hon. Indira Talwani

---

## CONSENTED TO MOTION FOR EXTENSION OF TIME OF BRIEFING SCHEDULE

---

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | ASIAN LAW CAUCUS |
| LEO L. LAM | JOSHUA ROSENTHAL |
| LAURIE CARR MIMS | DOROTHY CHANG |
| SARAH SALOMON | 55 Columbus Ave. |
| CHARLOTTE KAMAI | San Francisco, CA  94111 |
| KELLY M. HERNANDEZ | Telephone: 415 896 1701 |
| | Facsimile: 415 896 1702 |

6241680

633 Battery Street
San Francisco, California 94111
Telephone: 415 391 5400
Facsimile:  415 397 7188

GREATER BOSTON LEGAL
SERVICES
GARY KLEIN
197 Friend Street
Boston, MA  02114
Telephone: 617 320 8397
Facsimile: 617 371 1222

Counsel for Plaintiffs-Appellees

6241680

## CONSENTED TO MOTION FOR EXTENSION OF TIME OF BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b)(1), Appellees respectfully request a 14-day extension of time for the briefing schedule in this case, including a 14-day extension to Appellees' deadline for filing the Response Brief.

On April 21, 2026, this Court set the briefing schedule for this case, with Appellants' Opening Brief due on June 12, 2026, Appellees' Response Brief due on July 13, 2026, and Appellants' Reply Brief due within 21 days of service of the Response Brief. On June 12, 2026, Appellants filed their Opening Brief and Appendix.

Appellees now seek a 14-day extension of the due date for filing their Response Brief. Appellants consent to this request, and good cause exists for this extension request: Appellees' counsel has competing case deadlines and preplanned leave for the summer holiday, such that a short extension is necessary for filing their brief.

For these reasons, Appellees respectfully request a 14-day extension of time of the briefing schedule, such that Appellees' Response Brief will be due on July 27, 2026.

6241680

Dated: June 23, 2026

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Sarah Salomon*
  Leo L. Lam
  Laurie Carr Mims
  Sarah Salomon
  Charlotte Kamai
  Kelly M. Hernandez
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone:  415 391 5400
  Facsimile:  415 397 7188

  ASIAN LAW CAUCUS
  Joshua Rosenthal
  Dorothy Chang
  55 Columbus Ave.
  San Francisco, CA  94111
  Telephone: 415 896 1701
  Facsimile: 415 896 1702

  GREATER BOSTON LEGAL
  SERVICES
  Gary Klein
  197 Friend Street
  Boston, MA  02114
  Telephone: 617 320 8397
  Facsimile: 617 371 1222

  Attorneys for Plaintiffs-Appellees,
  COMMUNITY ECONOMIC
  DEVELOPMENT CENTER OF
  SOUTHEASTERN

2

6241680

MASSACHUSETTS; NATIONAL PARENTS UNION; NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM; UNDOCUBLACK NETWORK, INC.

3

**CERTIFICATE OF COMPLIANCE**

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned counsel hereby certifies that this document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(C) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 179 words.

This document also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionately spaced typeface using Microsoft Word (Office 16) in size 14 of Century Schoolbook.

Dated:  June 23, 2026

_/s/ Sarah Salomon_
SARAH SALOMON

4

6241680

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate ACMS system.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

/s/ Sarah Salomon
SARAH SALOMON

5

6241680