# United States Court of Appeals
## For the First Circuit

No. 26-1329

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS; NATIONAL PARENTS UNION; NATIONAL KOREAN AMERICAN SERVICE & EDUCATION CONSORTIUM; UNDOCUBLACK NETWORK INC.,

Plaintiffs - Appellees,

v.

SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; SOCIAL SECURITY ADMINISTRATION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, Secretary of Homeland Security; INTERNAL REVENUE SERVICE; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; FRANK J. BISIGNANO, Commissioner of the Social Security Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF THE TREASURY,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Community Economic Development Center of Southeastern Massachusetts, National Korean American Service & Education Consortium, National Parents Union and UndocuBlack Network to file a brief be enlarged to and including **July 27, 2026**. Defendants-appellants' reply brief shall be filed within 21 days of service of plaintiffs-appellees' brief. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dorothy Ann Chang
Jacob Earl Christensen
August E. Flentje
Abraham R. George
Kelly Hernandez
Charlotte Kamai
Leo L. Lam
Donald Campbell Lockhart
Laurie Carr Mims
Joshua A. Rosenthal
Sarah Salomon
Elizabeth Shapiro
Social Security Administration
Leia R. Walker
Shawna Yen