**No. 26-1329**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF
SOUTHEASTERN MASSACHUSETTS; NATIONAL PARENTS UNION;
NATIONAL KOREAN AMERICAN SERVICE & EDUCATIONAL
CONSORTIUM; UNDOCUBLACK NETWORK INC.,
*Plaintiffs-Appellees*,

v.

SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service
and Secretary of the Treasury; SOCIAL SECURITY ADMINISTRATION;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE
MULLIN, Secretary of Homeland Security; INTERNAL REVENUE
SERVICE; TODD M. LYONS, Acting Director of U.S. Immigration and Customs
Enforcement; FRANK J. BISIGNANO, Commissioner of the Social Security
Administration; U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. DEPARTMENT OF THE TREASURY,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Massachusetts

## CORPORATE DISCLOSURE STATEMENT OF TAX CLINICS AND
## LEGAL SERVICES ORGANIZATIONS AS *AMICI CURIAE*

ANDREW M. TROOP
*Counsel of Record*
  Pillsbury Winthrop Shaw Pittman LLP
  10 Post Office Square, Floor 8
  Boston, MA 02109
  (857) 323-5400

HON. FRANK J. BAILEY (RET.)
GABRIELA FORERO
PAUL JOHNSON
  Pioneer New England Legal Foundation
  185 Devonshire Street, 11th Floor
  Boston, MA 02110
  (617) 819-1010

COUNSEL FOR AMICI CURIAE
(*ADDITIONAL COUNSEL ON INSIDE COVER*)

LAWRENCE A. SANNICANDRO
DARIANNE DE LEON
  Pillsbury Winthrop Shaw Pittman LLP
  31 West 52nd Street, Floor 28
  New York, NY 10019
  (212) 858-1377

REED C. TRECHTER
  Pillsbury Winthrop Shaw Pittman LLP
  609 Main Street, Suite 2000
  Houston, TX 77002
  (713) 276-7628

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), *Amici Curiae* Empire Justice Center, Legal Services NYC, Public Law Center, and Rutgers Federal Tax Law Clinic state that no *Amicus* has a parent corporation and no publicly held corporation owns 10 percent or more of any *Amicus*.

*[Remainder of Page Intentionally Blank]*

Dated:  August 3, 2026

Respectfully submitted,

_/s/ Andrew M. Troop_
Andrew M. Troop (Bar No. 108508)
Pillsbury Winthrop Shaw Pittman LLP
10 Post Office Square, 8th Floor
Boston, MA 02109
Tel:  (857) 323-5400
andrew.troop@pillsburylaw.com

Lawrence A. Sannicandro (Bar No. 1225393)
Darianne De Leon (Bar No. 1225407)
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street, 28th Floor
New York, NY 10019
Tel: (212) 858-1377

Reed C. Trechter (Bar No. 1225399)
Pillsbury Winthrop Shaw Pittman LLP
609 Main Street, Suite 2000
Houston, TX 77002
Tel: (713) 276-7628

_/s/ Frank J. Bailey_
Hon. Frank J. Bailey (Ret.) (Bar No. 12716)
Gabriela Forero (Bar No. 1223159)
Paul Johnson (Bar No. 46931)
Pioneer New England Legal Foundation
185 Devonshire Street, 11th Floor
Boston, MA 02110
Tel: (617) 819-1010

_Counsel for Amici Curiae_

2

**CERTIFICATE OF SERVICE**

It is hereby certified that on August 3, 2026, I electronically filed the foregoing Corporate Disclosure of Tax Clinics and Legal Services Organizations as *Amici Curiae* with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system.  Counsel for Appellants and Appellees are registered CM/ECF users and will be served by the CM/ECF system.

Dated:  August 3, 2026

    s/ Andrew M. Troop

Andrew M. Troop (Bar No. 108508)
*Counsel for Amici Curiae*
Pillsbury Winthrop Shaw Pittman LLP
10 Post Office Square, 8th Floor
Boston, MA 02109
Tel:  (857) 323-5400
andrew.troop@pillsburylaw.com

3