# DISCLOSURE STATEMENT

No. 26-1329, *Cmty. Econ. Dev. Ctr. for Se. Mass. v. Bessent*

Pursuant to Federal Rules of Appellate Procedure 29(a)(4)(A) and 26.1, *amicus curiae* Cambridge Center for Justice certifies that it is a non-profit, non-stock corporation that has no parent corporation, and that no publicly traded corporation has an ownership interest in it of any kind.

/s/ *Andrés Correa*
ANDRÉS CORREA
Counsel for *Amicus Curiae*
Cambridge Center for Justice

AUGUST 3, 2026