# CORPORATE DISCLOSURE STATEMENT

*Amici curiae*, the National Immigration Law Center, Massachusetts Law Reform Institute, and CASA, Inc. dba We Are CASA, are non-profit organizations. None has a parent corporation and no publicly-owned corporation owns 10% or more of its stock.

## IDENTITIES AND INTERESTS OF *AMICI CURIAE*[1]

The **National Immigration Law Center** ("NILC"), is a non-profit organization dedicated to advancing the rights and opportunities of low-income immigrants and their families. Founded in 1979, NILC has expertise in legal issues affecting noncitizens in the United States, including federal and state income taxes. NILC frequently publishes resources for service providers and immigrant communities regarding changes to federal tax laws, guidance for filing income taxes, and educational materials about Individual Taxpayer Identification Numbers ("ITIN"), which includes information about confidentiality provisions set out in 26 U.S.C. § 6103. NILC has an interest in ensuring statutory confidentiality of taxpayer information and that immigrant communities receive the benefit of this confidentiality when complying with tax laws.

---

[1] Pursuant to First Circuit Rule 29(a)(4)(E), *amici* certify that no party's counsel authored this amicus brief in whole or in part and no party's counsel, party, or other person—other than the *amici curiae*, their members, or their counsel—contributed money that was intended to fund preparing or submitting this brief. All parties consent to the filing of this brief.