## No. 26-1329

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS; NATIONAL PARENTS UNION; NATIONAL KOREAN AMERICAN SERVICE & EDUCATION CONSORTIUM; UNDOCUBLACK NETWORK, INC.,
*Plaintiffs - Appellees,*

v.

SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; SOCIAL SECURITY ADMINISTRATION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, Secretary of Homeland Security; INTERNAL REVENUE SERVICE; DAVID J. VENTURELLA, Acting Director of U.S. Immigration and Customs Enforcement; FRANK BISIGNANO, Commissioner of the Social Security Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF THE TREASURY,
*Defendants - Appellants.*

---

**On Appeal from the United States District Court for the District of Massachusetts, Case No. 1:25-cv-12822-IT, Hon. Indira Talwani**

---

**MOTION FOR LEAVE TO ENTER LATE APPEARANCE ON BEHALF OF NATIONAL IMMIGRATION LAW CENTER, MASSACHUSETTS LAW REFORM INSTITUTE, AND CASA, INC. dba, WE ARE CASA**

Peter McGraw
National Immigration Law Center
P.O. Box 34573
Washington, D.C. 20043
(202) 517-1267
mcgraw@nilc.org
*Counsel for Amici Curiae*

**MOTION FOR LEAVE TO FILE LATE APPEARANCE**

*Amici Curiae* National Immigration Law Center, Massachusetts Law Reform Institute, and CASA, Inc. dba We Are CASA (collectively "*Amici*") move for leave to file their Notice of Appearance out of time. In support of that request, *Amici* provide the following:

1. Appellants filed their opening brief in this appeal on June 12, 2026.

2. Appellees filed their response brief in this appeal on July 27, 2026.

3. On August 3, 2026, counsel for *Amici* filed: (a) a Notice of Appearance for attorney Peter McGraw on behalf of *Amici*, and (b) the Brief of National Immigration Law Center, Massachusetts Law Reform Institute, and CASA, Inc. dba We Are CASA as *Amici Curiae* In Support of Appellees and Affirmance.

4. On August 4, 2026, the Clerk of the Court notified counsel for *Amici* that a motion for leave to enter a late appearance was required under First Circuit Rule 12.0(a) because Appellees' brief had been filed before counsels' Notice of Appearance.

5. Granting this motion will not prejudice Appellants or Appellees, as both parties were aware of when counsel planned to file the *Amici* brief described above. Both Appellants and Appellees consented to the timely filing of that

1

brief. Additionally, granting this motion will not delay resolution of this appeal.

6. Pursuant to First Circuit Rule 12.0(a) and for the foregoing reasons, *Amici* respectfully request that attorney Peter McGraw be permitted to file a late appearance on their behalf.

Respectfully submitted,

Date: August 4, 2026

*/s/ Peter McGraw*
Peter McGraw
National Immigration Law Center
P.O. Box 34573
Washington, D.C. 20043
(202) 517-1267
mcgraw@nilc.org

*Counsel for Amici Curiae National Immigration Law Center, Massachusetts Law Reform Institute, and CASA, Inc. dba We Are CASA*

2

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 244 words, excluding the portions of the motion that are exempted under Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated: August 4, 2026          */s/ Peter McGraw*
Peter McGraw

## CERTIFICATE OF SERVICE AND FILING

This is to certify that on this 4th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered users.

Dated: August 3, 2026          */s/ Peter McGraw*
Peter McGraw

3